IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

J. P., as parent and next  )
friend of A.W., a minor,   )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )     2:19cv636-MHT
                           )        (WO)
ELMORE COUNTY BOARD OF     )
EDUCATION,                 )
                           )
     Defendant.           )

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Judgment on Count Two of the amended complaint (Doc. 6) is entered for plaintiff J.P. and against defendant Elmore County Board of Education.

(2) Plaintiff J.P. shall have and recover from defendant Elmore County Board of Education the sum of $ 83,556.84 in attorneys' fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is not closed.

DONE, this the 20th day of May, 2021.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE