IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.P., AS PARENT AND NEXT FRIEND OF A.W., A MINOR, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:19-CV-636-MHT-KFP ) |
| ELMORE COUNTY BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that by **June 11, 2021**, Plaintiff must file a memorandum brief on the issue articulated in Paragraph 4.B. of the parties' joint report filed on May 21, 2021 (Doc. 90). Defendant must file a response by **June 23, 2021**, and any reply by Plaintiff must be filed by **June 30, 2021**.

DONE this 7th day of June, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE