IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.P., AS MOTHER AND NEXT FRIEND OF A.W., A MINOR | ) ) ) | |
| PLAINTIFF, | ) ) | 2:19-cv-636-MHT |
| v. | ) ) | |
| ELMORE COUNTY BOARD OF EDUCATION, | ) ) ) | |
| DEFENDANT. | ) | |

_____

Plaintiff's Notice of Filing Evidence
in Opposition to Defendant ECBOE's Motion for Summary Judgment

_____

Comes now plaintiff J.P., as mother and next friend of A.W., a minor, and files the following evidence in opposition to the motion for summary judgment filed by defendant Elmore County Board of Education:

**Plaintiff's Composite Exhibit 1 [PX 1]:**
[filed in 3 parts]

Redacted 3.7.2019 due-process hearing testimony of Dr. Richard Dennis Jr., Mr. André Jackson, and Ms. Temeyra McElrath
*A.W. v. Elmore Cty. Bd. of Educ.*, Ala. Dept. of Educ., case no. 2019-05

**Plaintiff's Exhibit 2 [PX 2]:**
[filed in 3 parts]

Redacted 4.8.2019 due-process hearing testimony of Ms. Temeyra McElrath
*A.W. v. Elmore Cty. Bd. of Educ.*, Ala. Dept. of Educ., case no. 2019-05

**Plaintiff's Exhibit 3 [PX 3]:**
[filed in 3 parts]

Redacted 3.8.2019 due-process hearing testimony of Ms. Temeyra McElrath
*A.W. v. Elmore Cty. Bd. of Educ.*, Ala. Dept. of Educ., case no. 2019-05

**Plaintiff's Exhibit 4 [PX 4]:**
[filed in 4 parts]

Redacted 4.22.2019 due-process hearing testimony of Ms. Tina Perry
*A.W. v. Elmore Cty. Bd. of Educ.*, Ala. Dept. of Educ., case no. 2019-05

    Respectfully submitted,

    s/William T. Johnson III, Esquire
    Co-counsel for J.P. and A.W.

Counsel for J.P. and A.W.

William T. "Bo" Johnson III, Esquire
Bo Johnson Law LLC
P.O. Box 361847
Hoover, AL 35236
[phone] 205.706.4431
bojohnsonlaw@gmail.com

Henry L. "Max" Cassady Jr., Esquire
Cassady & Cassady
201 Rural Street 36401
Evergreen, AL
[phone] 251.578.5252
maxcassady@gmail.com

<u>Certificate of Service</u>

I certify that on 6.25.2021, I filed the foregoing using the court's CM/ECF system, which will serve a filed copy of the foregoing on counsel of record for the defendant.

<u>s/William T. Johnson III, Esquire</u>
Co-counsel for J.P. and A.W.