IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J. P., as parent and next   )
friend of A.W., a minor,    )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )    2:19cv636-MHT
                            )         (WO)
ELMORE COUNTY BOARD OF      )
EDUCATION,                  )
                            )
    Defendant.              )
```

### ORDER

The court having been informed that this case is now settled, subject to court approval, it is ORDERED that the following motions are denied without prejudice: motion for summary judgment (Doc. 88), motion for article III judge review of the Magistrate Judge's order (Doc. 107), defendant's first motion in limine (Doc. 130), defendant's second motion in limine (Doc. 131), defendant's third motion in limine (Doc. 132), and plaintiff's motion in limine (Doc. 134).

DONE, this the 18th day of January, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**