IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J. P., as parent and next   )
friend of A.W., a minor,    )
                            )
     Plaintiff,             )
                            )       CIVIL ACTION NO.
     v.                     )         2:19cv636-MHT
                            )             (WO)
ELMORE COUNTY BOARD OF      )
EDUCATION,                  )
                            )
     Defendant.             )
```

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss with prejudice (Doc. 150), it is the ORDERED that the motion is granted, and this cause is dismissed in its entirety with prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of February, 2022.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**